[No. 35989-4-I.   Division One.   April 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE
STEVEN KING, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-06972-8, Faith Enyeart Ireland, J.,
entered January 23, 1995. *Affirmed* by unpublished
opinion per Coleman, J., concurred in by Agid and Cox,
JJ.

[No. 36200-3-I.   Division One.   April 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JON E.
HANSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-08397-6, Jo Anne Alumbaugh, J., entered
February 6, 1996. *Reversed* by unpublished per curiam
opinion.

[No. 36269-1-I.   Division One.   April 29, 1996.]

THE BENEDICTINE CONGREGATION, "REGINA LAUDIS",
OF THE STRICT OBSERVANCE, INC., *Appellant*, v.
HENRY DAY ELLIS, *Respondent*.

Appeal from a judgment of the Superior Court for San
Juan County, No. 5050, Alan R. Hancock, J., entered
March 2, 1995. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Agid and Ellington, JJ.

[No. 13738-4-III.   Division Three.   April 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT
GILBERT DEHLBOM, *Appellant*.

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 93-1-50185-3, Fred R. Staples, J., entered
December 14, 1993. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Sweeney, C.J., and Schul-
theis, J.